UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TEREBA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SUTTER HEALTH LONG TERM DISABILITY PLAN; DOES 1-10<br><br>　　　　Defendant. | Case No. 2:25-cv-2509-DJC-AC<br><br>(Honorable Daniel J. Calabretta, Crtrm. 7, 14th Floor, Sacramento)<br><br>**ORDER DISMISSING DEFENDANT SUTTER HEALTH LONG TERM DISABILITY PLAN WITHOUT PREJUDICE**<br><br>Complaint Filed: September 2, 2025 |

# ORDER

The Court, for good cause appearing and pursuant to the Stipulation of the parties, hereby dismisses Sutter Health Long-Term Disability Plan (the "Plan") from this case, without prejudice. Plaintiff and the Plan shall bear their own attorneys' fees and costs directly related to this Stipulation and the dismissal of the Plan, and Metropolitan Life Insurance Company shall remain the only named defendant in this action.

**IT IS SO ORDERED.**

Dated:  September 26, 2025             /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE