**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK TEREBA,<br><br>  Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SUTTER HEALTH LONG TERM DISABILITY PLAN; DOES 1-10<br><br>  Defendants. | Case No.: 2:25-cv-02509-DJC-AC<br><br>**ORDER GRANTING STIPULATION REGARDING STANDARD OF REVIEW** |

Pursuant to the Stipulation of the Parties and good cause appearing, it is hereby ORDERED that the Court shall apply the *de novo* standard of review in this ERISA case. This Order regarding the standard of review is specifically limited to the facts and circumstances of this particular case.

Dated: November 18, 2025    /s/ Daniel J. Calabretta
                           _____
                           THE HONORABLE DANIEL J. CALABRETTA
                           UNITED STATES DISTRICT JUDGE

– 1 –