1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TEREBA,<br><br>        Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SUTTER HEALTH LONG TERM DISABILITY PLAN; DOES 1-10<br><br>        Defendants. | Case No.: 2:25-cv-02509-DJC-AC<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER** |

– 1 –

Having reviewed the Parties' Stipulation to Modify the Scheduling Order, and good cause appearing, the court hereby ORDERS as follows:

| Event | Date |
| --- | --- |
| Defendants deadline to produce Administrative Record to Plaintiff | 12/19/2025 |
| Fact Discovery Completion Date | 4/14/2026 |
| Initial Expert Disclosure/Reports | Waived |
| Rebuttal Expert Disclosure | Waived |
| Expert Discovery Completion Date | Waived |
| Plaintiff's Motion for Summary Judgment | Waived |
| Defendant's opposition and cross-motion for summary judgment | Waived |
| Plaintiff's Reply and Opposition to Defendant's Cross-Motion for Summary Judgment | Waived |
| Defendants Reply to Cross Motion for Summary Judgment | Waived |
| Opening FRCP 52 Cross Motions for Judgment | 6/16/2026 |
| Responsive FRCP 52 Cross Motions for Judgment | 7/14/2026 |
| Hearing on FRCP 52 Cross Motions for Judgment | 10/08/2026 at 1:30 p.m. |

Dated: December 1, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE